UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>$49,805.00 IN UNITED STATES CURRENCY,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:23-cv-00032-JPB |

## ORDER

The record indicates that Plaintiff served Defendant in January 2022. [Doc. 8]. Even though Defendant has not answered, Plaintiff has not asked for a clerk's entry of default or proceeded with obtaining a default judgment. See Fed. R. Civ. P. 55 (providing procedure for obtaining a default judgment). Accordingly, the Court **DIRECTS** Plaintiff to file no later than August 22, 2023, either: (1) a request for a clerk's entry of default; or (2) a notice explaining why Plaintiff is not seeking default at this time.

Failure to comply with this Order may result in dismissal. In the event the motion is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 8th day of August, 2023.

_____
**J. P. BOULEE**
United States District Judge